EXHIBIT A

Case 1:26-cv-30042-FL Document 1-2 Entered on FLSD Docket 01/20/2026 Page 2 of 13

## RE: Case ID: NRANB Creative Artists Agency, LLC v. Evans - Invoices

From: Chad R. Fitzgerald (cfitzgerald@khiks.com)

To: belasvegas@yahoo.com; josborne@signatureresolution.com

Cc: aliskin@khiks.com; jlu@signatureresolution.com; accounting@signatureresolution.com

Date: Wednesday, January 7, 2026 at 07:29 PM EST

Ms. Osborne,

I am counsel for Claimants Creative Artists Agency, LLC and Steve Levine.

Respondent agreed to arbitrate any and all future disputes with Claimants. The arbitration agreement attached to the Demand for Arbitration states, "The exclusive manner of resolution of **all future disputes or controversies of any kind or nature between the Parties** [to the agreement, including Respondent and a former CAA client] **and/or their Related Parties** [defined in Paragraph I.A. of the agreement to expressly include both Claimants CAA and Steve Levine], **however characterized**, including, without limitation, any claim for breach of this Agreement, unauthorized disclosure of confidential information, any claim for breach, non-performance, enforcement, interpretation as well as any claim regarding the validity or invalidity of this Agreement, or for specific performance, among other claims (herein the 'Arbitration Claims'), shall be adjudicated and decided pursuant to the procedures set forth below for Confidential Mandatory Binding Arbitration. Such Confidential Mandatory Binding Arbitration shall take place in Los Angeles County, California, unless an alternate venue is mutually agreed by the Parties, before JAMS or Signature Resolution pursuant to JAMS' or Signature Resolution's Arbitration Rules then in effect ('Rules') and California law." *See* attached Demand for arbitration, Ex. A, Paragraph XI (emphasis added).

Respondent filed a complaint against Claimants in the Southern District of Florida in violation of this agreement. Claimants (Defendants in that case) have not yet formally appeared in the Florida case and have moved to dismiss it for lack of subject matter jurisdiction and lack of personal jurisdiction. In the unlikely event that the motion to dismiss is denied, Claimants will move the District Court to compel arbitration. However, Claimants seek affirmative relief from Respondent in this forum, as the parties agreed. The pendency of Respondent's improper federal action does not divest Signature of jurisdiction over this arbitration. *See* Signature Rule 3 ("The appointed Arbitrator shall have the sole authority to determine the arbitrability of any dispute submitted to SIGNATURE and disputes of any kind, including but not limited to, who are the proper parties to the arbitration, the validity or revocability of the agreement containing the arbitration provision, or the or the arbitration provision itself.").

Claimants paid their portion of the arbitration fees on or about December 19, 2026. Pursuant to Signature Rule 6.b, "A party may agree to advance the amounts owed to SIGNATURE otherwise due from another party. In such event, any award may include reimbursements to the advancing Party of all advanced sums, irrespective of any contractual entitlement to fees and costs, and irrespective of whether the advancing Party prevailed in the arbitration. Any party who has failed to pay sums due to SIGNATURE, including deposits, may be precluded from asserting or defending any claim or counterclaim, offering evidence to support any affirmative claim or defense during the proceedings, from setting pre-arbitration motions for hearing, or from being heard on motions noticed by the opposing Party. The Arbitrator may enter a Party's default for failure to pay the amounts due, and, if not cured, thereafter issue a Default Award against that Party."

Claimants respectfully request that an Arbitrator be appointed promptly under Signature Rule 16. Furthermore, as Respondent has stated the he refuses to participate in the arbitration, Claimants

request to be invoiced for Respondent's arbitration fees. Claimants further request that Respondent be precluded from asserting or defending any claim or counterclaim in the arbitration, from offering evidence to support any affirmative claim or defense during the proceedings, from setting pre-arbitration motions for hearing, and from being heard on any motion noticed by Claimants, and that the Arbitrator, once appointed, enter Respondent's default for failure to pay amounts due, and, if not cured, thereafter issue a Default Award against Respondent at the soonest opportunity pursuant to Signature Rule 6.b.

Please contact me with any questions. Claimants reserve all rights.

Sincerely,

Chad R. Fitzgerald
KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 Wilshire Boulevard, Suite 750
Los Angeles, California 90025
310.566.9802
www.khiks.com

---

**From:** Brian Evans <belasvegas@yahoo.com>
**Sent:** Friday, December 19, 2025 12:50 PM
**To:** Jaclyn Osborne <josborne@signatureresolution.com>
**Cc:** Aaron C. Liskin <aliskin@kwikalaw.com>; Chad R. Fitzgerald <CFitzgerald@khiks.com>; Candace Hoffman <choffman@kwikhlaw.com>; jlu@signatureresolution.com; accounting@signatureresolution.com
**Subject:** Re: Case ID: NRANB Creative Artists Agency, LLC v. Evans - Invoices

**CAUTION: This email originated from outside of the organization.**

Ms. Osborne,

I am in receipt of the below email.

Please be advised that I do not consent to arbitration in this matter. The dispute between Creative Artists Agency, LLC and myself is currently pending before the United States District Court for the Southern District of Florida, and arbitrability is contested and unresolved. No court has ordered arbitration.

For clarity, the arbitration was initiated the day after the federal court sealed the stipulation of dismissal that was relied upon to attempt to open this arbitration. That issue remains pending before the federal court.

Accordingly, I dispute any obligation to participate in or pay for arbitration-

related fees. Please direct any further inquiries regarding arbitrability to counsel for Creative Artists Agency, LLC and codefendant(s).

Regards,

Brian Evans

Sent from my iPhone

On Dec 19, 2025, at 1:07 PM, Jaclyn Osborne <josborne@signatureresolution.com> wrote:

Counsel,

Please see attached invoices for the **Creative Artists Agency, LLC v. Evans** matter.

I have also attached our ACH Wire Instructions and W-9 form – if needed.

Should you have any questions, feel free to contact me or the Case Administrator, **Jasmine Lu**.

Thank you,
**Jaclyn Osborne**
**Associate - Client Experience**

**M** 858.977.8544
**W** signatureresolution.com
**E** josborne@signatureresolution.com

<u><image001.png></u>

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

<image002.png>

<Invoice - KINSELLA HOLLEY ISER KUMP (Admin).pdf>

<Invoice - BRIAN EVANS (Admin).pdf>

<ACHWire Instructions-Signature Resolution JPM Chase.pdf>

<SIGNATURE W-9 (2025).pdf>

 2025-12-05 CAA v. Evans Arbitration Demand.pdf
5.6 MB

# EXHIBIT B

## (Docket 16 – Attorney Appearance)

Case 1:26-cv-20342-LFL   Document 1-2   Entered on FLSD Docket 01/20/2026   Page 7 of 13

Query     Reports     Utilities     Help     Log Out

EFD,REF_PTD

# U.S. District Court
## Southern District of Florida (Miami)
## CIVIL DOCKET FOR CASE #: 1:25-cv-25484-DPG

Evans v. Creative Artist Agency, LLC et al
Assigned to: Judge Darrin P. Gayles
Referred to: Magistrate Judge Ellen F. D'Angelo
Cause: 28:1332 Diversity

Date Filed: 11/21/2025
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Diversity

**Plaintiff**

**Brian Evans**

represented by **Brian Evans**
2080 South Ocean Drive, #1505
Hallandale Beach, FL 33009
954-214-3076
Email: belasvegas@yahoo.com
PRO SE

V.

**Defendant**

**Creative Artists Agency, LLC**

represented by **Alice Ferot**
Axs Law Group PLLC
2121 NW 2nd Avenue
Suite 201
Miami, FL 33127
305 322 2026
Email: alice@axslawgroup.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steve Levine**
*individually and in his capacity as an agent of Creative Artist Agency, LLC*

represented by **Alice Ferot**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2025 | 1 | COMPLAINT FOR DAMAGES, RECISSION, DECLATORY RELIEF, INJUNCTIVE RELIEF, AND JURY TRIAL DEMAND against Creative Artist Agency, LLC, Steve Levine. Filing fees $ 405.00 Paid, filed by Brian Evans. (Attachments: # 1 Civil Cover Sheet)(drz) Modified text on 11/24/2025 (drz). (Entered: 11/24/2025) |
| 11/21/2025 | 2 | Judge Assignment to Magistrate Judge Ellen F. D'Angelo (drz) (Entered: 11/24/2025) |

| 11/24/2025 | 3 | Clerks Notice of Receipt of Filing Fee received on 11/21/2025 in the amount of $ 405.00, receipt number FLS310678 (asz) (Entered: 11/24/2025) |
| 11/24/2025 | 6 | ORDER REGARDING JURISDICTION re 1 Complaint, filed by Brian Evans. Signed by Magistrate Judge Ellen F. D'Angelo on 11/24/2025. *See attached document for full details.* (Attachments: # 1 Exhibit) (drz) (Entered: 11/25/2025) |
| 11/25/2025 | 4 | Summons Issued as to Creative Artists Agency, LLC, Steve Levine. (drz) (Entered: 11/25/2025) |
| 11/25/2025 | 5 | ORDER OF INSTRUCTIONS TO PRO SE LITIGANT. Signed by Magistrate Judge Ellen F. D'Angelo on 11/25/2025. *See attached document for full details.* (drz) (Entered: 11/25/2025) |
| 12/01/2025 | 7 | SUMMONS (Affidavit) Returned Executed on 1 Complaint, with a 21 day response/ answer filing deadline pursuant to Fed. R. Civ. P. 12 Creative Artists Agency, LLC served on 11/25/2025, response/answer due 12/16/2025. (drz) (Entered: 12/01/2025) |
| 12/02/2025 | 8 | NOTICE of Filing Plaintiff's Notice of Errata and Classic Clarification Regarding Date of PTSD Diagnosis by Brian Evans. (jas) (Entered: 12/02/2025) |
| 12/02/2025 | 9 | MOTION for Case Reassignment to a United States District Judge by Brian Evans. (jas) (Entered: 12/02/2025) |
| 12/02/2025 | 10 | Duplicate Copy of SUMMONS (Affidavit) Returned Executed on 1 Complaint, **(no response/answer filing deadline set)** y Brian Evans. (See DE# 7 for duplicate copy). (jas) (Entered: 12/02/2025) |
| 12/02/2025 | 11 | Plaintiff's Notice, and MOTION Requesting that the Court Accept this Notice and Mark the Attached Stipulation as Exhibit A by Brian Evans. (jas) (Entered: 12/02/2025) |
| 12/02/2025 | 12 | ORDER granting 9 Motion to Reassign Case. Case reassigned to Judge Darrin P. Gayles and Magistrate Judge Ellen F. D'Angelo for all further proceedings. M agistrate Judge Ellen F. D'Angelo no longer assigned to the case. Signed by Magistrate Judge Ellen F. D'Angelo on 12/2/2025. *See attached document for full details.* (drz) (Entered: 12/02/2025) |
| 12/02/2025 | 13 | NOTICE OF COURT PRACTICE. Unless otherwise specified by the Court, every motion shall be double-spaced in Times New Roman 12-point typeface. **Multiple Plaintiffs or Defendants shall file joint motions with co-parties unless there are clear conflicts of position.** If conflicts of position exist, the parties shall explain the conflicts in their separate motions. Failure to comply with **ANY** of these procedures may result in the imposition of appropriate sanctions including, but not limited to, the striking of the motion or dismissal of this action. Signed by Judge Darrin P. Gayles (mp02) (Entered: 12/02/2025) |
| 12/02/2025 | 14 | NOTICE OF COURT PRACTICE. Unless otherwise specified by the Court, every motion shall be double-spaced in Times New Roman 12-point typeface. **Multiple Plaintiffs or Defendants shall file joint motions with co-parties unless there are clear conflicts of position.** If conflicts of position exist, the parties shall explain the conflicts in their separate motions. Failure to comply with **ANY** of these procedures may result in the imposition of appropriate sanctions including, but not limited to, the striking of the motion or dismissal of this action. Signed by Judge Darrin P. Gayles (mp02) (Entered: 12/02/2025) |

| 12/03/2025 | 15 | SUMMONS (Affidavit) Returned Executed on 1 Complaint, with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 Steve Levine served on 12/1/2025, response/answer due 12/22/2025. (drz) (Entered: 12/03/2025) |
| 12/03/2025 | 16 | NOTICE of Attorney Appearance by Alice Ferot on behalf of Creative Artists Agency, LLC, Steve Levine. Attorney Alice Ferot added to party Creative Artists Agency, LLC(pty:dft), Attorney Alice Ferot added to party Steve Levine(pty:dft). (Ferot, Alice) (Entered: 12/03/2025) |
| 12/03/2025 | 25 | FULLY EXPANDED SUPPLEMENTAL FILING to 1 Complaint, by Brian Evans (drz) (Entered: 12/04/2025) |
| 12/03/2025 | | SYSTEM ENTRY - Docket Entry 17 [misc] restricted/sealed until further notice. (pes) (Entered: 12/04/2025) |
| 12/04/2025 | | SYSTEM ENTRY - Docket Entry 18 [motion] restricted/sealed until further notice. (amb) (Entered: 12/04/2025) |
| 12/04/2025 | | SYSTEM ENTRY - Docket Entry 19 [misc] restricted/sealed until further notice. (amb) (Entered: 12/04/2025) |
| 12/04/2025 | | SYSTEM ENTRY - Docket Entry 20 [misc] restricted/sealed until further notice. (amb) (Entered: 12/04/2025) |
| 12/04/2025 | 21 | PAPERLESS ORDER denying as moot Plaintiff's 11 Notice and Motion Regarding Prior Unsigned Stipulation in light of Plaintiff's 17 Emergency Motion to Strike Defendants' Improper Stipulation of Dismissal. Signed by Judge Darrin P. Gayles (mp02) (Entered: 12/04/2025) |
| 12/04/2025 | 22 | PAPERLESS ORDER. The Clerk of Court shall seal the parties' 17 Stipulation of Dismissal with Prejudice of All Claims and Parties. Signed by Judge Darrin P. Gayles (mp02) (Entered: 12/04/2025) |
| 12/04/2025 | 23 | PAPERLESS ORDER. The Clerk of Court shall send Plaintiff's 18 Sealed Emergency Motion to Defendants' counsel of record. On or before December 18, 2025, Defendants shall file their response to Plaintiff's 18 Emergency Motion to Strike Defendants' Improper Stipulation of Dismissal. Signed by Judge Darrin P. Gayles (mp02) Corrected docket links per chamber on 12/8/2025 (mf). (Entered: 12/04/2025) |
| 12/04/2025 | 24 | REQUEST for Electronic Notice(NEF) Enrollment by Brian Evans. (drz) Modified text on 12/4/2025 (jc). (Entered: 12/04/2025) |
| 12/04/2025 | 26 | CLERK'S NOTICE to Filer re 24 REQUEST for Electronic Notice (NEF) Enrollment by Brian Evans. The filer is instructed to submit the attached form and ensure that all boxes are checked to agree to all terms and conditions outlined in the consent form. (jc) (Entered: 12/04/2025) |
| 12/08/2025 | 27 | NOTICE of Compliance re 23 Order. Sealed Motion at DE# 18 mailed to Defendants' counsel of record. (scn) (Entered: 12/08/2025) |
| 12/08/2025 | | Set Deadline per DE#23 as to 18 SEALED MOTION EMERGENCY OMNIBUS MOTION TO STRIKE DEFENDANTS' IMPROPER STIPULATION OF DISMISSAL, TO SEAL DOCKET ENTRY 17, FOR SANCTIONS, FOR PROTECTIVE ORDER, AND FOR ANY OTHER APPROPRIATE RELIEF by Brian Evans. Responses due by 12/18/2025. (scn) (Entered: 12/08/2025) |

| 12/08/2025 | 28 | STRICKEN: Second Supplement to Emergency Motion to Strike Defendants' Improper Stipulation of Dismissal (DE# 17 ) and Request for Sanctions and Monetary Compensation by Brian Evans. (scn) Modified text per DE #41 Order on 12/19/2025 (caw). (Entered: 12/09/2025) |
|---|---|---|
| 12/09/2025 | 29 | NOTICE of Defendants' Post-Sealing Misconduct, Attempt to Initiate an Out-of-State Arbitration without any agreement, Reliance on Sealed/Unexecuted Materials, Attempted Intimidation, and Request for Court Action Including an Order to Show Cause, Sanctions, and Preservation of Jurisdiction by Brian Evans. (ebz) (Entered: 12/09/2025) |
| 12/10/2025 |  | SYSTEM ENTRY - Docket Entry 30 [misc] restricted/sealed until further notice. (scn) (Entered: 12/10/2025) |
| 12/11/2025 | 31 | Consent by Pro Se Litigant (Non-Prisoner) Brian Evans to receive Notices of Electronic Filing at email address: belasvegas@yahoo.com (drz) (Entered: 12/11/2025) |
| 12/11/2025 | 32 | STRICKEN: MOTION for Leave to File Supplemental Allegations Under Rule 15(d) and to Supplement The Record with Evidence of Defendants' Post-Sealing Misconduct, Disability-Bases Disparagement, Retaliatory Smear Campaign, and Bad Faith Use of Sealed Mtaerials by Brian Evans. Responses due by 12/29/2025. (drz) Modified text per DE #41 Order on 12/19/2025 (caw). (Entered: 12/11/2025) |
| 12/12/2025 | 33 | NOTICE of Filing Plaintiff's Third Supplemental Notice Regarding Ongoing Post Filing Conduct by Defendants and Their Counsel by Brian Evans. (jas) (Entered: 12/12/2025) |
| 12/16/2025 | 34 | MOTION to Dismiss with Prejudice *for Lack of Diversity and Lack of Personal Jurisdiction* by Creative Artists Agency, LLC, Steve Levine. Responses due by 12/30/2025. (Attachments: # 1 Affidavit 1, # 2 Affidavit 2, # 3 Affidavit 3)(Ferot, Alice) (Entered: 12/16/2025) |
| 12/16/2025 | 35 | MOTION to Seal per Local Rule 5.4 by Creative Artists Agency, LLC, Steve Levine. (Attachments: # 1 Text of Proposed Order) (Ferot, Alice) (Entered: 12/16/2025) |
| 12/16/2025 | 36 | MOTION for Extension of Time to Postpone Response to Motion to Strike by Creative Artists Agency, LLC, Steve Levine. Responses due by 12/30/2025. (Ferot, Alice) (Entered: 12/16/2025) |
| 12/18/2025 | 37 | RESPONSE in Opposition re 36 MOTION for Extension of Time to Postpone Response to Motion to Strike filed by Brian Evans. Replies due by 12/29/2025. (drz) (Entered: 12/18/2025) |
| 12/18/2025 | 38 | RESPONSE to Motion re 35 MOTION to Seal per Local Rule 5.4 filed by Brian Evans. Replies due by 12/29/2025. (drz) (Entered: 12/18/2025) |
| 12/18/2025 | 39 | MEMORANDUM of Law in Opposition re 34 MOTION to Dismiss with Prejudice *for Lack of Diversity and Lack of Personal Jurisdiction* by Brian Evans. (drz) (Entered: 12/18/2025) |
| 12/18/2025 | 40 | RESPONSE in Opposition re 28 MOTION for Sanctions *and DE 18 Motion to Strike* filed by Creative Artists Agency, LLC, Steve Levine. Replies due by 12/29/2025. (Ferot, Alice) (Entered: 12/18/2025) |
| 12/19/2025 | 41 | PAPERLESS ORDER striking Plaintiff's 18 Emergency Omnibus Motion to Strike Defendants' Improper Stipulation of Dismissal, 28 Second Supplement to Emergency |

| | | Motion to Strike Defendants' Improper Stipulation of Dismissal, and 32 Motion for Leave to File Supplemental Allegations Under Rule 15(d). Plaintiff's Motions do not contain conferral certifications as required by S.D. Fla. L.R. 7.1(a)(3). Signed by Judge Darrin P. Gayles (mp02) (Entered: 12/19/2025) |
|---|---|---|
| 12/19/2025 | 42 | PAPERLESS ORDER referring case to Magistrate Judge Ellen F. D'Angelo for a ruling on all pre-trial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. Signed by Judge Darrin P. Gayles (mp02) (Entered: 12/19/2025) |
| 12/22/2025 | 43 | ORDER SETTING DISCOVERY PROCEDURES. Signed by Magistrate Judge Ellen F. D'Angelo on 12/22/2025. *See attached document for full details.* (drz) (Entered: 12/22/2025) |
| 12/22/2025 | 44 | NOTICE OF INADVERTENT OMISSION/ ERRATA REGARDING EXHIBIT A TO PLAINTIFF'S OPPOSITION by Brian Evans re 39 Memorandum (drz) (Entered: 12/22/2025) |
| 12/23/2025 | 45 | ORDER Granting in part and denying in part 35 Defendants' Motion to Seal. Signed by Magistrate Judge Ellen F. D'Angelo on 12/23/2025. *See attached document for full details.* (scn) (Entered: 12/23/2025) |
| 12/29/2025 | 46 | Stricken-MOTION for Leave to Seve Limited Additional Interrogaories by Brian Evans. (drz) Modified per Order DE 52 on 1/6/2026 (drz). (Entered: 12/29/2025) |
| 12/29/2025 | 47 | Stricken- MOTION for Leave to Serve Limited Additional Interrogatories by Brian Evans. (drz) Modified per Order DE 52 on 1/6/2026 (drz). (Entered: 12/29/2025) |
| 12/30/2025 | 48 | Stricken- MOTION for Leave to File Supplemental declaration Addressing Factual Contradictions in Defendant's Motion to Dismiss by Brian Evans. Responses due by 1/13/2026. (drz) Modified per Order DE 52 on 1/6/2026 (drz). (Entered: 12/30/2025) |
| 12/30/2025 | | SYSTEM ENTRY - Docket Entry 49 [misc] restricted/sealed until further notice. (scn) (Entered: 12/30/2025) |
| 12/30/2025 | 50 | REPLY in Support of Motion re 34 MOTION to Dismiss with Prejudice *for Lack of Diversity and Lack of Personal Jurisdiction.* filed by Creative Artists Agency, LLC, Steve Levine. (Ferot, Alice) (Entered: 12/30/2025) |
| 12/31/2025 | 51 | Stricken- MOTION to Strike Or, In The Alternative, To Disregard Defendant's Untimely Reply 50 Reply in Support of Motion by Brian Evans. Responses due by 1/14/2026. (drz) Modified per Order DE 52 on 1/6/2026 (drz). (Entered: 12/31/2025) |
| 01/05/2026 | 52 | OMINIBUS ORDER striking 46 Motion for Leave to File Supplemental Declaration Addressing Factual Contradictions in Defendant's Motion to Dismiss; striking 47 Motion for Leave to File Supplemental Declaration Addressing Factual Contradictions in Defendant's Motion to Dismiss; striking 48 Motion for Leave to File ; striking 51 Motion to Strike. Signed by Magistrate Judge Ellen F. D'Angelo on 1/5/2026. *See attached document for full details.* (drz) Modified TEXT on 1/6/2026 (drz). (Entered: 01/06/2026) |
| 01/06/2026 | 53 | RESPONSE in Opposition re 51 MOTION to Strike 50 Reply in Support of Motion *to Dismiss* filed by Creative Artists Agency, LLC, Steve Levine. Replies due by 1/13/2026. (Ferot, Alice) (Entered: 01/06/2026) |

| 01/06/2026 | 54 | Plaintiff's Consolidated Motion for Leave to Serve Limited Jurisdictional Interrogatories, Including Up To Five Additional Interrogatories to Each Defendant by Brian Evans. (drz) (Entered: 01/07/2026) |
| --- | --- | --- |
| 01/06/2026 | 55 | PLAINTIFF'S MOTION to Strike Defendant's Unlikely Reply, or in the Alternative, Notice preserving objection Under Fed. R. Civ.P.6 and Local Rule 7.1 50 Reply in Support of Motion by Brian Evans. Responses due by 1/20/2026. (drz) (Entered: 01/07/2026) |
| 01/06/2026 | 56 | MOTION for Leave to File a Limited Sur-Reply in Opposition to Defendant's Motion to Dismiss by Brian Evans. Responses due by 1/20/2026. (drz) (Entered: 01/07/2026) |
| 01/06/2026 | 57 | Plaintiff's Notice of Supplemental Conferral by Brian Evans re 56 MOTION for Leave to File a Limited Sur-Reply in Opposition to Defendant's Motion to Dismiss, 55 MOTION to Strike 50 Reply in Support of Motion, 54 MOTION for Leave to Serve Limited Jurisdictional Interrogatories, Including Up To Five Additional Interrogatories to Each Defendant. (drz) (Entered: 01/07/2026) |
| 01/07/2026 | 58 | MOTION to Leave to File Supplemental Declaration Addressing Factual Contradictions in Defendant's Motion to Dismiss re 34 MOTION to Dismiss with Prejudice *for Lack of Diversity and Lack of Personal Jurisdiction* by Brian Evans. (drz) (Entered: 01/07/2026) |
| 01/07/2026 | 59 | Plaintiff's Supplemental Notice of Filing Correspondence Relevant to Pending Motions by Brian Evans re 50 Reply in Support of Motion to Dismiss (drz) (Entered: 01/07/2026) |
| 01/07/2026 | 60 | MOTION to Stay *Discovery Pending Resolution of Motion to Dismiss for Lack of Diversity and Lack of Personal Jurisdiction* by Creative Artists Agency, LLC, Steve Levine. Responses due by 1/21/2026. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Errata C)(Ferot, Alice) (Entered: 01/07/2026) |
| 01/08/2026 | 61 | RESPONSE in Opposition re 60 MOTION to Stay *Discovery Pending Resolution of Motion to Dismiss for Lack of Diversity and Lack of Personal Jurisdiction* filed by Brian Evans. Replies due by 1/15/2026. (drz) (Entered: 01/08/2026) |
| 01/13/2026 | 62 | PAPERLESS ORDER. THIS CAUSE is before the Court on Plaintiff's Consolidated Motion for Leave to Serve Limited Jurisdictional Interrogatories, Including up to Five Additional Interrogatories to Each Defendant (DE 54). Pursuant to the Court's Order Setting Discovery Procedures (DE 43), Defendants' response to the Motion was due on January 9, 2026. Defendants have yet to file a response to the Motion. Accordingly, Defendants are hereby **ORDERED** to **SHOW CAUSE** why they failed to timely respond to Plaintiff's Motion and why Plaintiff's Motion should not be granted by default by filing a response to this Order to Show Cause by **January 16, 2026**. Signed by Magistrate Judge Ellen F. D'Angelo on 1/13/2026. (mas) (Entered: 01/13/2026) |
| 01/13/2026 | 63 | REPLY in Support of Motion re 60 MOTION to Stay *Discovery Pending Resolution of Motion to Dismiss for Lack of Diversity and Lack of Personal Jurisdiction.* filed by Creative Artists Agency, LLC, Steve Levine. (Attachments: # 1 Exhibit A)(Ferot, Alice) (Entered: 01/13/2026) |
| 01/13/2026 | 64 | OMNIBUS ORDER denying as moot 36 Motion for Extension of Time to Postpone Response to Motion to Strike; granting 55 Motion to Strike, denying 55 Motion for an Extension of Time Nunc Pro Tunc; denying 56 Motion for Leave to File ; granting 58 Motion to Leave to File Supplemental Declaration Addressing Factual Contradictions in |

| | | |
|---|---|---|
| | | Defendant's Motion to Dismiss re <u>34</u> MOTION to Dismiss with Prejudice for Lack of Diversity and Lack of Personal Jurisdiction. Signed by Magistrate Judge Ellen F. D'Angelo on 1/13/2026. *See attached document for full details.* (jas) (Entered: 01/13/2026) |
| 01/14/2026 | <u>65</u> | RESPONSE TO ORDER TO SHOW CAUSE re 62 Order,,, by Creative Artists Agency, LLC, Steve Levine. (Ferot, Alice) (Entered: 01/14/2026) |
| 01/14/2026 | <u>66</u> | RESPONSE to <u>58</u> MOTION to Leave to File Supplemental Declaration Addressing Factual Contradictions in Defendant's Motion to Dismiss re <u>34</u> MOTION to Dismiss with Prejudice *for Lack of Diversity and Lack of Personal Jurisdiction* by Creative Artists Agency, LLC, Steve Levine. (Ferot, Alice) (Entered: 01/14/2026) |
| 01/15/2026 | <u>67</u> | NOTICE of Filing Plaintiff's Limited Preservation Objection and Notice Correcting the Record Regarding Defendant's Response to Order To Show Cause <u>65</u> by Brian Evans. (jas) (Entered: 01/15/2026) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/19/2026 21:36:58 | | |
| **PACER Login:** | andybiltz1 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:25-cv-25484-DPG |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |