UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-20342-LEIBOWITZ/LOUIS

BRIAN EVANS,

     *Plaintiff,*

v.

CHAD FITZGERALD and KINSELLA
HOLLEY ISER KUMP STEINSAPIR LLP,

     *Defendants.*

_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the undersigned refers Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue, Failure to Meet Amount in Controversy Requirement, and Failure to State a Claim [**ECF No. 11**] to **United States Magistrate Judge Lauren Fleischer Louis** for a report and recommendations, consistent with 28 U.S.C. § 636(b)(1)(B), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1(d) of the Local Magistrate Judge Rules.

**DONE AND ORDERED** in the Southern District of Florida on March 19, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record