FILED BY ___ D.C.
MAY 28 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-cv-20342-LEIBOWITZ/LOUIS**

**BRIAN EVANS,**
**Plaintiff,**

**v.**

**CHAD R. FITZGERALD and**
**KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP,**
**Defendants.**

**PLAINTIFF'S NOTICE REGARDING ADDITIONAL FORUM-DIRECTED COMMUNICATION**

Plaintiff Brian Evans ("Plaintiff"), proceeding pro se, respectfully files this Notice regarding an additional communication received after briefing on Defendants' Motion to Dismiss and before the Court has ruled on the jurisdictional issues presently under submission.

Defendants' briefing repeatedly characterizes Defendant Chad R. Fitzgerald as a California attorney disconnected from Florida litigation activity, emphasizing that he is not licensed in Florida, has not appeared in Florida, and allegedly engaged only in isolated California communications concerning arbitration proceedings. See Defendants' Motion to Dismiss and related briefing.

However, on May 27, 2026, Plaintiff received an additional litigation-related communication from Florida counsel concerning anticipated appeal activity, anticipated

Florida state-court litigation activity, attorneys' fees, and enforcement-related strategy. Significantly, Chad R. Fitzgerald was copied on the communication.

Plaintiff submits this Notice solely because the communication appears relevant to the issues already before the Court concerning Defendants' alleged forum-directed conduct and the extent of Defendants' continuing involvement and coordination concerning Florida litigation activity.

Plaintiff does not submit this Notice to request additional briefing or emergency relief, but solely to preserve and clarify the record before the Court prior to adjudication of the pending Motion to Dismiss.

A true and correct copy of the communication is attached hereto as Exhibit A.

This is not the first time Defendant has been copied on emails by Florida counsel, despite the Defendant having never filed Pro Hac Vice in this Court, while continuously inserting himself into Plaintiff's Florida case and matters. Now, the Plaintiff is being threatened by the removal of his personal property if he continues to litigate and pursue his Rights.

Dated: May 27, 2026

Respectfully submitted,

**Brian Evans**

Plaintiff, Pro Se

2080 South Ocean Drive, Apartment 1505

Hallandale Beach, Florida 33009

Telephone: 954-214-3076

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 27, 2026, a true and correct copy of the foregoing was served via U.S. Mail, first-class postage prepaid, upon counsel for Defendants at:

Ronnie J. Bitman, Esq.

Bitman O'Brien, PLLC

610 Crescent Executive Ct., Suite 112

Lake Mary, FL 32746

Telephone: (407) 815-3110

Counsel for Defendants

Brian Evans

2080 South Ocean Drive, Apartment 1505

Hallandale Beach, Florida 33009

Telephone: 954-214-3076

# EXHIBIT A

# RE: Notice of Intended Litigation Posture

From: Alice Ferot (alice@axslawgroup.com)

To: belasvegas@yahoo.com

Cc: cfitzgerald@greenbergglusker.com

Date: Wednesday, May 27, 2026 at 05:57 AM EDT

Good morning Mr. Evans,

We note your intended, although baseless, course of action.
We will seek reimbursement of our attorneys' fees and costs both at the appellate level and in state court and then enforce the judgment against your personal assets. I want you to keep that in mind before you appeal or file in state court.
Best regards,

Alice Ferot
alice@axslawgroup.com
305.297.1878
2121 NW 2nd Avenue, Suite 201, Miami, FL
33127

BRIAN EVANS
(954) 214-3076
APT 1505
2080 S OCEAN DR
HALLANDALE BEAC FL 33009-6683

1 LBS 1 OF 1
SHP WT: 1 LBS
DATE: 27 MAY 2026

REC'D BY ____ D.C.

MAY 28 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

SHIP TO:
WILKIE D FERGUSON JR US COURTHOUSE
CLERK OF THE COURT
RM 8N09
400 N MIAMI AVE
MIAMI FL 33128-1805

FL 330 9-03

UPS GROUND
TRACKING #: 1Z 361 E83 03 0050 8830

BILLING: P/P

REF #1: YR

MMG6X5F1PR1C7 ISH 13.00C ZZD230 EP 16.5V 04/2026

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RR1225

The UPS Store Smart Label

Tracking #

1Z361E830300508830

CLERK OF THE COURT
400 N MIAMI AVE
RM 8N09
MIAMI FL 33128

P:GREEN3 S:TRED I:302

M316-5000 X

1Z361E8303000508830

SAT08485 XLE RSLS1-2 May 28 01:09:26 2026
US 3313 UDC 25.0 SATOLR